NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

RONALD M. GREENBERG (CA State Bar No.: 035953)
rgreenberg@bcrslaw.com
RONALD M. GREENBERG, A PROFESSIONAL CORP.

BERKES CRANE ROBINSON & SEAL LLP
515 S. Figueroa Street, Suite 1500
Los Angeles, CA 90071
Tel: (213) 955-1150

ATTORNEYS FOR: Defts Kraft Americas, L.P. and Rune Kraft

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND CONCRETE ENTERPRISES, INC. EMPLOYEES STOCK OWNERSHIP PLAN; et al. Plaintiff(s), v. KRAFTAMERICAS, L.P. a Limited Partnership; RUNE KRAFT, an individual; and Does 1 through 5, inclusive, Defendant(s) | CASE NUMBER: CV10-1776 VBF (OPx) CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for KRAFT AMERICAS, L.P. and RUNE KRAFT (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                   **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

KRAFT AMERICAS, L.P.                                                 DEFENDANT
RUNE KRAFT                                                           DEFENDANT
VICAREA REAL ESTATE, INC.                                            General Partner, KRAFT AMERICAS, L.P.

April 23, 2010                                                       _/s/ Ronald M. Greenberg_
Date                                                                 Sign

                                                                     RONALD M. GREENBERG
                                                                     Attorney of record for or party appearing in pro per