MICHAEL A. VANIC, CA SBN: 073486
mike.vanic@dbr.com
JOSEPH C. FAUCHER, CA SBN: 137353
Joe.faucher@dbr.com
RYAN R. SALSIG, CA SBN: 250830
Ryan.salsig@dbr.com
DRINKER BIDDLE & REATH LLP
1800 Century Park East, Suite 1400
Los Angeles, CA 90067-1517
Telephone: (310) 203-4000; Fax: (310) 229-1285

Attorneys for Plaintiffs
INLAND CONCRETE ENTERPRISES, INC. and
INLAND CONCRETE ENTERPRISES, INC.
EMPLOYEE STOCK OWNERSHIP PLAN and
Plaintiff NICHOLAS L. SAAKVITNE, as
TRUSTEE OF THE INLAND CONCRETE
ENTERPRISES, INC. EMPLOYEE STOCK
OWNERSHIP PLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INLAND CONCRETE ENTERPRISES, INC. and INLAND CONCRETE ENTERPRISES, INC. EMPLOYEE STOCK OWNERSHIP PLAN and Plaintiff NICHOLAS L. SAAKVITNE, as TRUSTEE OF THE INLAND CONCRETE ENTERPRISES, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>KRAFT AMERICAS, L.P., a Limited Partnership; RUNE KRAFT, an individual; and Does 1 through 5, inclusive,,<br><br>Defendants. | Case No. CV10-1776-VBF (OPx)<br><br>*Hon. Valerie Baker Fairbank*<br><br>**PLAINTIFFS' AND DEFENDANTS' JOINT NOTICE OF NON-OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS [ECF NOS. 222 and 223]**<br><br>Pretrial Conference:<br><br>Date: May 19, 2011<br>Time: 1:30 p.m.<br>Ctrm: 9<br><br>Trial:<br><br>Date: May 24, 2011<br>Time: 8:30 a.m.<br>Ctrm: 9 |

TO THE HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE, AND THE HONONORABLE OSWALD PARADA, UNITED STATES MAGISTRATE JUDGE:

PLEASE TAKE NOTICE THAT Plaintiffs Inland Concrete Enterprises, Inc., Inland Concrete Enterprises, Inc. Employee Stock Ownership Plan and Nicholas L. Saakvitne, as Trustee of the Inland ESOP and Defendants Rune Kraft and Kraft Americas, L.P. have received and reviewed the Report and Recommendation of United States Magistrate Judge [ECF No. 222] and the Notice of Filing of Magistrate Judge's Report and Recommendations [EFC No. 223], and that neither Plaintiffs nor Defendants intend to file a written statement of Objections with points and authorities in support thereof or to otherwise object to the Report and Recommendations.

Dated: May 16, 2011         DRINKER BIDDLE & REATH LLP

By: */s/ Michael A. Vanic*
  MICHAEL A. VANIC

Attorneys for Plaintiffs
INLAND CONCRETE ENTERPRISES, INC. and INLAND CONCRETE ENTERPRISES, INC. EMPLOYEE STOCK OWNERSHIP PLAN and Plaintiff NICHOLAS L. SAAKVITNE, as TRUSTEE OF THE INLAND CONCRETE ENTERPRISES, INC. EMPLOYEE STOCK OWNERSHIP PLAN

Dated: May 16, 2011         LAW OFFICES OF DANIEL NOVECK

By: */s/ Daniel Noveck*
DANIEL NOVECK
Attorneys for Defendants, RUNE KRAFT AND KRAFT AMERICAS, L.P.