1    Ronald P. Slates, State Bar #43712
2    Kevin A. Hoang, State Bar #277132
     RONALD P. SLATES, A PROFESSIONAL CORPORATION
3    500 South Grand Avenue, Biltmore Tower Suite 2010
     Los Angeles, California 90071
4    (213) 624-1515 / FAX (213) 624-7536
     rslates2@rslateslaw.com
5
6    Joseph C. Faucher, State Bar #137353
     TRUCKER HUSS
7    15821 Ventura Blvd., Suite 510
     Encino, CA 91436
8    (213) 537-1016 / FAX (213) 537-1020
     jfaucher@truckerhuss.com
9

10   Attorneys for Assignee Oldcastle Precast, Inc. n/k/a Oldcastle Infrastructure, Inc.

11

12                  UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

14

15   INLAND CONCRETE ENTERPRISES, INC.  )  CASE NO. 2:10-cv-1776 VBF (OPx)
     EMPLOYEE STOCK OWNERSHIP PLAN, et )
16   al.,                               )  Assigned for all purposes to the Honorable
                                        )  Valerie Baker Fairbank
17              Plaintiffs,             )
                                        )  ██████████ **RENEWAL OF JUDGMENT**
18        vs.                           )  **AND ATTORNEY'S FEE AWARD BY**
                                        )  **CLERK**
19                                      )
     KRAFT AMERICAS, L.P., a Limited    )
20   Partnership; RUNE KRAFT, an individual, and )
     Does 1 through 5, inclusive,       )
21                                      )
                                        )
22              Defendants.             )
23   _____)

24   ///

25   ///

26   ///

27   ///

28

[proposed] RENEWAL OF JUDGMENT AND  ATTORNEY'S FEE AWARD BY CLERK

1   The Judgment Debtors, Kraft Americas, L.P., a limited partnership

2   ("Judgment Debtor Kraft") and Rune Kraft, an individual ("Judgment Debtor Rune")

3   (collectively, "Judgment Debtors"), having Judgment entered against them on June

4   22, 2011, and having an Order Granting Plaintiffs' Motion For Attorney's Fees

5   entered against them on August 2, 2011(hereafter "Attorney's Fee Award);

6   Plaintiff/ Judgment Creditor Inland Concrete Enterprises, Inc. having merged

7   into Oldcastle Precast, Inc., a Washington corporation on December 15, 2011 and no

8   longer exists as a separate legal entity;

9   Plaintiffs/ Judgment Creditors Inland Concrete Enterprises, Inc. Employee

10  Stock Ownership Plan (hereafter "Inland ESOP"), and Nicholas L. Saakvitne, as

11  Trustee of Inland ESOP having assigned all their rights, title and interest to the

12  Judgment and Attorney's Fee Award jointly to Inland ESOP and Oldcastle Precast,

13  Inc. on March 15, 2013 and thereafter Inland ESOP distributed its remaining assets

14  and terminated its existence leaving Oldcastle Precast, Inc. the remaining assignee of

15  the Judgment and Attorney's Fee Award;

16  Oldcastle Precast, Inc. now known as Oldcastle Infrastructure, Inc. having

17  filed an Acknowledgment of the Assignment of Judgment and Attorney's Fee Award

18  and thus becoming the Assignee of record of Plaintiffs/Judgment Creditors;

19  NOW, upon application of the Assignee Oldcastle Precast, Inc. now known as

20  Oldcastle Infrastructure, Inc. and upon declaration that Judgment Debtors have

21  failed to pay the total amount of said judgment; and that Judgment Debtors are

22  indebted to Plaintiffs/Judgment Creditors.

23  Judgment against Judgment Debtor Kraft Americas, L.P., a limited partnership

24  and Judgment Debtor Rune Kraft, an individual is hereby renewed in the amount of

25  $3,054,138.79 and Plaintiff/Judgment Creditor Inland Concrete Enterprises, Inc.

26  Employee Stock Ownership Plan shall recover as follows:

27  a. Total judgment ......................................................... $3,000,000.00

28  b. Costs after judgment ............................................................ $0.00

Donald P. Oates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER SUITE 2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

c. Subtotal (add a and b) ............................................................. $3,000,000.00

d. Credits after judgment ........................................................... $0.00

e. Subtotal (subtract d from c) .................................................... $3,000,000.00

f. Interest after judgment ................................................. $54,138.79

g. Fee for filing renewal application ......................................... $0.00

h. **Total renewed Judgment** (add e, f, and g) ........................... **$3,054,138.79**

The Attorney's Fee Award against Judgment Debtor Kraft Americas, L.P., a limited partnership and Judgment Debtor Rune Kraft, an individual is hereby renewed in the amount of $564,140.72 and the Assignee of record Oldcastle Precast, Inc. now known as Oldcastle Infrastructure, Inc. shall recover as follows:

a. Total order ................................................................ $552,623.00

b. Costs after order ........................................................ $0.00

c. Subtotal (add a and b) .................................................. $552,623.00

d. Credits after order ...................................................... $0.00

e. Subtotal (subtract d from c) .......................................... $552,623.00

f. Interest after Order ...................................................... $11,517.72

g. Fee for filing renewal application ......................................... $0.00

h. **Total renewed Order** (add e, f, and g) .................................... **$564,140.72**

Dated:  June 23, 2021

*Sharon Hall Brown*

DEPUTY CLERK

Presented by:

RONALD P. SLATES, P.C.,

By: /s/RONALD P. SLATES

RONALD P. SLATES

Attorneys For Assignee Oldcastle Precast, Inc. n/k/a Oldcastle Infrastructure, Inc.

Ronald P. Slates, A Professional Corporation
500 S. GRAND AVENUE, BILTMORE TOWER SUITE 2010
LOS ANGELES, CALIFORNIA 90071
(213) 624-1515 / FAX (213) 624-7536

[proposed] RENEWAL OF JUDGMENT AND ATTORNEY'S FEE AWARD BY CLERK